Submitted on record and briefs June 12, affirmed July 16, 2003

RODERICK DOLAN THARP,
*Petitioner,*

*v.*

PSYCHIATRIC SECURITY REVIEW BOARD,
*Respondent.*

99-1640; A115750

72 P3d 1011

Harris S. Matarazzo filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Katherine H. Waldo, Assistant Attorney General, filed the brief for respondent.

Before Haselton, Presiding Judge, and Deits, Chief Judge, and Wollheim, Judge.

PER CURIAM

Affirmed. *Rios v. PSRB*, 176 Or App 252, 30 P3d 1227 (2001), *rev dismissed*, 335 Or 505 (2003); *Hanson v. PSRB*, 156 Or App 198, 965 P2d 1051 (1998), *rev'd and rem'd on other grounds*, 331 Or 626, 19 P3d 350 (2001).